UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | EDCV 26-3287-AS | Date | August 13, 2026 |
|---|---|---|---|
| Title | Yelaman Baltagerey v. D. Marin, et. al., | | |

Present: The Honorable | Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **ORDER DIRECTING RESPONDENTS TO PROVIDE STATUS UPDATE**

On June 12, 2026, Yelaman Baltagerey ("Petitioner"), an immigration detainee proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition") challenging his immigration detention. (Docket ("Dkt.") No. 1). On August 4, 2026, Respondents filed a Notice of Intent to Remove Petitioner from the Central District of California, stating that Respondents intended to remove Petitioner to the Kyrgyz Republic on or after August 7, 2026. (Dkt. No. 15). A recent search of the ICE detainee locator (https://locator.ice.gov/odls/#/search) turned up no results for Petitioner.

Considering this information, and to facilitate a resolution of this matter, Respondents are ORDERED to file a notice, by no later than August 20, 2026, informing the Court of Petitioner's current address/location and status, to the extent Respondents can provide such information. Additionally, if Petitioner has been released from custody or removed, Respondents shall provide a sworn declaration or other documentation to substantiate such facts.

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |