UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | EDCV 26-3287-AS | Date | August 14, 2026 |
|-----|-----------------|------|-----------------|
| Title | Yelaman Baltagerey v. D. Marin, et. al., | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|------------|--------------|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|-----------------------------------|------------------------------------|
| N/A | N/A |

**Proceedings (In Chambers):**    **ORDER DIRECTING RESPONDENTS TO PROVIDE DECLARATION OR FURTHER DOCUMENTATION**

On August 13, 2026, the Court ordered Respondents to "file a notice, by no later than August 20, 2026, informing the Court of Petitioner's current address/location and status, to the extent Respondents can provide such information" and further ordered that "if Petitioner has been released from custody or removed, Respondents shall provide a sworn declaration or other documentation to substantiate such facts."  (Dkt. No. 16).

On August 14, 2026, Respondents filed a Status Update stating, "Petitioner was removed from the United States on August 7, 2026, and his current address is unknown."  (Dkt. No. 17).  However, despite the Court's August 13, 2026 Order, the Status Report was not accompanied by "a sworn declaration or other documentation to substantiate such facts."  Accordingly, Respondents are ORDERED, by no later than August 21, 2026, to provide a sworn declaration or other documentation to substantiate their claim that Petitioner has been removed from the United States.

IT IS SO ORDERED.

|  | 0 | : | 00 |
|--|---|---|----|
| Initials of Preparer | AF | | |