JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

YELAMAN BALTAGEREY,

Petitioner,

v.

D. MARIN, et. al.,

Respondents.

Case No. EDCV 26-3287-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

IT IS ADJUDGED that the Petition is DENIED.

DATED: August 19, 2026

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE